THE PEOPLE OF THE STATE OF NEW YORK ex rel. JOHN MILTON, Appellant, against J. VERNEL JACKSON, as Warden of Clinton Prison, Respondent.

Submitted May 12, 1947; decided May 29, 1947.

*Nathaniel L. Goldstein, Attorney-General* (*Irving I. Waxman* of counsel), for motion.

*John Milton,* in person, opposed.

Motion denied.